STEVEN B. KILLPACK, Federal Defender (#1808)
L. CLARK DONALDSON, Assistant Federal Defender (#4822)
Attorneys for Mr. Patterson
Utah Federal Defender Office
46 West 300 South, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

JUN 25 2010

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>AUBRY PATTERSON,<br><br>Defendant. | **ORDER CONTINUING SENTENCING**<br><br><br><br>Case No. 2:08-CR-187 DB |
|---|---|

Based on the motion filed by the defendant, stipulation by the government and good cause appearing;

IT IS HEREBY ORDERED that Sentencing set for July 7, 2010, is hereby continued until _August 5, 2010_ at the hour of _2:00_.

DATED this _25_ day of June, 2010.

BY THE COURT:

_____
HONORABLE DEE BENSON
United States District Court Judge